[No. 21716-3-II.    Division Two.    October 24, 1997.]

*In the Matter of the Marriage of* LORI GRAHAM,
*Respondent*, and RICHARD J. GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-3-00584-5, Gordon Godfrey, J.,
entered January 9, 1997. *Affirmed* by unpublished opinion
per Houghton, C.J., concurred in by Seinfeld and Arm-
strong, JJ.


[No. 21823-2-II.    Division Two.    October 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
W. RYCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 96-8-01568-6, Paula Casey, J., entered
January 14, 1997. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Morgan and Armstrong, JJ.